**FILED**

AUG - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Barron Avent-Bey (Plaintiff) Pro Se
21 Elmira Street SE
Apartment #3
Washington, DC 20032
202-561-4646

vs.

Chief Finance Officer
Office of Tax and Revenue
941 North Capitol St NW
Washington, DC 20001
202-727-5374

Spicer & Spicer, LLC
1607 Tilton Drive
Silver Spring, MD 20902-3936

Jesse M Burwell
2514 Palmer Place SE
Washington, DC 20020

Kass, Mitek, and Kass
c/o Jennifer Ostraski
1050 17th Street NW
Suite 1100
Washington, DC 20036-5596

Mayor Anthony Williams
John A. Wilson Building
1350 Pennsylvania Avenue NW
Washington, DC 2000
202-727-2980

US Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20001

Civil Action

CASE NUMBER  1:06CV01412

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 08/09/2006

1



Recorder of Deeds Office
515 4th Street NW
Washington, DC 2000

US Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

Superior Court of the District of Columbia
Register of Wills and Probate Division
500 Indiana Avenue NW
Washington, DC 20000

Willie Jr. Jackson [current address unknown]
 2514 Palmer Place SE (former address)
Washington, DC 20020

Attorney's De Laurentis, Rief, and Turer, LLC
Law Firm
2001 Jefferson Davis Highway
Suite 200
Arlington, VA 22202
443-539-2000  #104

## COMPLAINT

A.     I, Barron Avent-Bey /aka/ Barron Jackson, am, Executor for the estate of Blannie C. Jackson, and realty Square: 5579, Lot 0057; Wills and Probate Division, for the District of Columbia, Superior Court, Administrative Case Number 0086-89 [exhibit 3B].  At the center of focus is the matter of a Quiet Title Deed, obtained from Willie Jackson, <u>one of the surveying heirs of the estate / realty</u>, by Spicer and Spicer LLC, 1607 Tilton Drive, Silver Spring, Maryland Zip Code: 20902-3936, [exhibit 1D], for the purchase of Square: 5579, Lot: 0057, in the District of Columbia [exhibit 5 ].  A clerical error in the records of the Division of Wills and Probate for the DC Superior Court, Information System-D, Progress Docket Viewing, listed the **Plaintiff** as deceased  and the <u>deceased</u>, Blannie C. Jackson, as the **<u>Representative</u>** [exhibit 3A].

B.    Prior to the Quiet Title Deed action, there was a Tax Sale Hearing, on October 17, 2003, in DC Superior Court Room 518, before Judge Graae, CA 4930-02. The matter was stated, "as being heard," upon the courtroom jacket* ; there is no transcript [exhibit 4: A&B].

C.    Plaintiff, prior to tax sale and quiet title deed action, did file an "Answer Motion," pro se, December 20, 2002, in response to the tax sale foreclosure [exhibit 2]. Plaintiff, also contracted the services of an attorney, January 22, 2003, [exhibit 6], for this hearing case matter, and the attorney acquired *never entered a formal appearance of record*, for the court, in my behalf. Plaintiff, thereafter, did not receive any formal notices, from the Superior Court of the District of Columbia, acknowledging him as one of the defendant's or heirs, in this tax sale matter, or his attorney.

D.    It was brought to the attention of the plaintiff that his mother's estate, Lot: 0057, Square: 5579, in the District of Columbia, was in jeopardy of a tax sale, when his brother, Willie Jr. Jackson, became incarcerated in September, 2002. Shortly, thereafter, Plaintiff made Real Property Tax Assessment Arrears Payments, February 10, 2003, in the amount of $459.42; February 26, 2003, in the amount of $459.42; and July 9, 2003, in the amount of $1,327.70; [exhibit 1, 1A,1B, 1C] . A portion of these finances were used in the final tax sale release proceedings [exhibit 2A,B&C], and a portion of these finances still remain on the Office of Tax and Revenue Payment Records as a surplus payment [exhibit 2D] .

E.    In the course of making real property tax payments, in previous years, a *promissory note*, for tax arrears was made, signed, and accepted for payment for some of the tax year(s) in question.. Plaintiff, has no written proof thereof, and it is also believed by plaintiff, that said promissory note no longer exists within the archive files of the District of Columbia Office of Tax and Revenue. Heir, Willie Jr. Jackson, made payments for real property taxes in previous years, concerning real property tax arrears, during this time frame also.



F.  Likewise, the plaintiff, <u>has no receipt for the inheritance tax paid</u> on Lot: 0057, Square: 5579, to the District of Columbia Office of Tax and Revenue.  At that time, the <u>Original Deed</u>, was surrendered to the plaintiff by the heirs, as a marker and place holder, <u>for that payment made</u>, and the original deed is still in his possession [exhibit 3].

1.  Plaintiff, requests \ prays for relief, that the court **quash** any Quiet Title Deed, or Transfer of Title, or Realty, other than the <u>Original Deed</u>, concerning Lot: 0057, Square: 5579, as per plat recorded in the office of the Surveyor for the District of Columbia in Liber 84 at folio 22; made the 14th, of April, 1978, Blanche Powell, party of the first part, and Blannie Jackson, party of the second part, in fee simple, with all that piece or parcel of land, together with those improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia.

2.  Plaintiff, requests \ prays, for the court to restore this matter back into the initial original probate proceedings.

*Barron Avent-Bey*  08/09/06

Plaintiff, Pro Se, Barron Avent-Bey
21 Elmira St SE, #3
Washington, DC 20032
Home:  202-561-4646
Cellular:  202-321-5869

DOCUMENT TABLE OF CONTENT

1.  Real Property Tax Bill Office of Tax and Revenue Tax payment, $459.42; February 10, 2003, Receipt for Square: 5579 Lot: 0057.

1A. Real Property Tax Bill Office of Tax and Revenue Tax payment, $459.42; February 26, 2003, Receipt for Square: 5579 Lot: 0057.

1B. Real Property Tax Bill Office of Tax and Revenue Tax payment, 1,327.70; July 7, 2003, Receipt for Square: 5579 Lot: 0057.

1C. Check Confirmation Receipt, #366475; Dated: 07/09/03, in the amount of $1,327.70.

1D. Real Property Tax Bill Office of Tax Revenue Square: 5579 Lot: 0057, [in the name of Spicer & Spicer, LLC].

2.  Civil Action 4930-02 / Answer to Complaint / Filed: December 20, 2002, Pro Se defendant Barron Avent-Bey a/k/a Barron Jackson.(2 pages)

2A. Civil Action Branch Jacket [entries]. Case Dismissed by Heartwood 88, LLC, October 17, 2003.

2B. Civil Action 4930-02 / Docket Log. (4 pages, 1 receipt page).

2C. Praecipe of Dismissal: Heartwood 88, LLC vs. Jackson, Willie, et al, October 14, 2003. (2 pages).

2D. Print out: Property Detail - 2514 Palmer Place SE / Surplus Payment: $1,026.14; Square: 5579 Lot: 0057.

2E. Defendant Willie Jackson Civil Action 4930-02 / Answer: March 04, 2003.

2F. District of Columbia / Answer to Civil Action 4930-02, February 2, 2003.[2 pages].

3.  Copy of Original Deed, Instrument No. 13867 / Recorded: April 4, 1978. [2 pages].

3A. Superior Court Probate Information System-D Sheet, erroneously has the **Executor** is listed as the Case Name: Barron Jackson /aka/ Barron Avent-Bey; The **Deceased**, Blannie Jackson, is listed as the Representative. [1 page, 1 receipt page].

3B. District of Columbia Probate File Jacket Cover / Probate Division ADM NO. 86-89, IN RE: Jackson, Blannie C. [deceased].

Document Table of Contents
Page 2

3C.  Application made for probate and testamentary letters by Barron Jackson /aka/ Barron Avent-Bey.

3D.  District of Columbia Probate Division / Special Process Server [Marshall's Return], of Willie Jackson, at the *estate address*. [2 pages].

3E.  Amended Claim: against estate for taxes and title, filed: January 3, 1990; by petitioner Barron Avent-Bey.

3F.  Notarized Renunciation of Executrix, Deborah Jackson; Docketed: January 11, 1989, with the Register of Wills, Clerk of the Probate Division.

3G.  Petition to Admit Will to Probate, with a copy of the Will, by the **Executor**, Barron Jackson /aka/ Barron Avent-Bey; Docketed: January 12, 1989. [2 pages].

3H.  Copy of Last Will and Testament of Blannie Jackson, filed: May 26, 1983, in the Superior Court of the District of Columbia, Washington, D.C., admitted to Probate Division. [2 pages].

3I.  Superior Court of the District of Columbia, Probate Division, CLAIM AGAINST DECEDENT'S ESTATE, for letters of testamentary, to estate personal representative, Barron Avent-Bey; dated: August 8, 1990.

3J.  Transfer of Deed to heirs, from deceased, was never filed with the Superior Court Probate Division, Recorder of Deeds, Register of Wills, or Clerk of the Court. [7 pages].

3K.  Personal Release of Lien, from the Department of Finance and Revenue.

3L.  DC Citizen's Complaint Letter, July 22, 1988, against Willie Jackson.

4.   Heartwood 88, LLC vs. Jackson Willie, et al; Transcript request / with receipt: October 24, 2003.

4A.  Court Reporting and Recording Division Letter, October 28, 2003, No transcript provided.

4B.  Court Reporting and Recording Division Letter, October 29, 2003, Transcript Deposit Refund.