# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Barron Avent-Bey**

      Plaintiff(s),

vs.                                           Civil Case No: **06-1412 PLF**

**Chief Financial Officer, et al.,**

      Defendant(s).

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that exhibits to the complaint have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

      **NANCY MAYER-WHITTINGTON**

      Clerk

**Date:** 8/9/06