**FILED**
AUG - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF**
Barron Avent-Bey
21 Elmira Street SE, #3
Washington, DC 20032
202-561-4646

VS

**DEFENDANT(S), ET AL**
Chief Finance Officer
Office of Tax and Revenue
941 North Capitol St NW
Washington, DC 20001

CASE NUMBER 1:06CV01412
JUDGE: Paul L. Friedman
DECK TYPE: Pro se General Civil
DATE STAMP: 08/09/2006

## MOTION FOR COURT APPOINTED COUNSEL

Plaintiff proceeded to obtain counsel in a tax sale and probate matter, concerning a reality that he was one of the joint heirs and tenets in common. Plaintiff spoke to, confided, was counseled, and contracted, with an attorney, seeking a remedy in this case matter. A retainer agreement was entered into by the attorney of a firm; no <u>counsel of record was filed, with court papers</u>, by that attorney or that attorney's firm. Plaintiff at this time lacks confidence and trust to obtain a trustworthy counselor, in this case matter. Finally, plaintiff has very marginal and limited finances for attorney fees and cost.

*Barron Avent-Bey* 08/09/06
**Barron Avent-Bey**
21 Elmira St SE #3
Washington, DC 20032
202-561-4646

2