UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BARRON AVENT-BEY                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 06-1412 (PLF)
                                    )
DISTRICT OF COLUMBIA                )
   OFFICE OF TAX AND REVENUE, et al., )
                                    )
        Defendants.                 )
_____ )

MEMORANDUM OPINION AND ORDER

This matter is before the Court on plaintiff's *pro se* complaint and motion for court-appointed counsel. The Court will dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts which bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12 (h)(3).

Plaintiff is a resident of Washington, D.C. He sues eleven defendants, nine of whom are within the District of Columbia, over a dispute arising from the handling of a matter in the Division of Wills and Probate in the District of Columbia Superior Court. Plaintiff requests as his relief that this Court "quash any Quiet Title Deed ... other than the original deed" and

"restore this matter back into the original probate proceedings." See Compl. at 3.

Plaintiff has not pleaded any facts to bring his claim within the Court's "federal question" jurisdiction, and the complaint does not state a basis for diversity jurisdiction insofar as some of the parties "reside" in the same state and plaintiff has not pleaded an amount in controversy. It is hereby

ORDERED that this case be DISMISSED under Fed. R. Civ. P. 12(h)(3), without prejudice to plaintiff's filing suit in the Superior Court of the District of Columbia.

SO ORDERED.

___/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 15, 2006