**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<u>BARRON AVENT-BEY</u>
        Plaintiff PRO SE

vs.   Civil Action No. <u>06-1412 (PLF)</u>

<u>CHIEF FINANCE OFFICER</u>
<u>OFFICE OF TAX AND REVENUE</u>
        Defendant ET AL

## NOTICE OF APPEAL

Notice is hereby given this <u>12th</u> day of <u>SEPTEMBER</u>, 20<u>06</u>, that <u>PLAINTIFF</u>

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the <u>15th</u> day of <u>AUGUST</u>, 20<u>06</u>

in favor of <u>DEFENDANT</u>

against said <u>PLAINTIFF</u>

**RECEIVED**
SEP 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Barron Avent-Bey</u>
    Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

1. OFFICE OF TAX AND REVENUE CHIEF FINANCE OFFICER
2. JESSE M. BURWELL
3. KASS, MITTEK AND KASS
4. MAYOR ANTHONY WILLIAMS
5. US ATTORNEY FOR THE DISTRICT OF COLUMBIA
6. RECORDER OF DEEDS OFFICE
7. US ATTORNEY GENERAL
8. PROBATE DIVISION - SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
9. WILLIE JACKSON, JR
10. DeLAURENTIS, RIEF AND TUKER LLC LAW FIRM
11. SPICER & SPICER, LLC